**Opinion issued July 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00493-CV**

———————————

## IN RE ALA ABUALTAYEB, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Ala Abualtayeb,[1] filed a petition for writ of mandamus contending that the trial court "erred and abused its discretion in failing to carry out its ministerial duty to transfer the cause to Dallas County as required by Section

---

[1] We note that relator styled her petition for writ of mandamus as "*In re Y.M.C., a Minor Child*," however, the rules governing original proceedings state that a "petition must be captioned '*In re [name of relator].*'" *See* TEX. R. APP. P. 52.1 (emphasis in original). The Court has therefore docketed this original proceeding according to the requirements of the rules, under the name of relator.

155.201 of the Texas Family Code."[2]  Relator requested that the Court "declare any orders from the 257th Judicial District Court [of Harris County] rendered after April 22, 2025 void and transfer the case to the 255th Judicial District Court of Dallas County."

In connection with her mandamus petition, relator also filed a "Motion for Emergency Relief and to Stay Trial Proceedings."  In her motion, relator requested that the Court stay all proceedings in the trial court pending this Court's consideration of her petition for writ of mandamus.

We conclude that relator has failed to establish she is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus and her "Motion for Emergency Relief and to Stay Trial Proceedings."  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

---

[2]  The underlying case is *In the Interest of Y.M.C., a Child*, Cause No. 2017-49633, in the 257th District Court of Harris County, Texas, the Honorable Sandra Peake presiding.